Motion Granted; Appeal Dismissed and Memorandum
Opinion filed July 21, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00472-CV

____________

 

NATIONAL OILWELL VARCO, LP, Appellant

 

V.

 

MICHAEL HERNANDEZ, Appellee

 



 

On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 2009-56296

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 14, 2010.  On July 15, 2011, appellant
filed a motion to dismiss the appeal because the issues in the appeal have been
rendered moot.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Seymore and Boyce.